**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **Demrex Industrial Services, Inc.,** | : | |
| Debtor. | : | Case No. 11-19403 (JKF) |
| _____ | | |

## **ORDER**

This 15th day of August, 2012, upon the filing of various motions requesting hearings on an expedited basis, some of which have been granted and set for Monday, August 20, 2012 at 4:00 p.m.,

It is hereby **ordered** that all current requests for expedited hearings are granted and set for **Monday, August 20, 2012, at 4:00 p.m.** for a **status conference** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania. The parties are **ordered** to confer prior to the hearing to determine if any matters can be settled.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge